```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANGELO LOPES,                            :     20cv314(DLC)
                                         :
                    Plaintiff,           :     ORDER
            -v-                          :
                                         :
JLM DECORATING NYC INC., COSMOPOLITAN    :
INTERIOR NY CORPORATION, CITY VIEW       :
BLINDS OF N.Y. INC., MOSHE GOLD, JOEL    :
GOLD a/k/a SAM GOLD a/k/a SHIMMY GOLD,   :
and MARITZA RODRIGUEZ a/k/a MARITZA      :
SIME,                                    :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the initial pretrial conference scheduled to occur tomorrow, July 10, 2020 at 10:00 a.m. is rescheduled to occur as a telephone conference on Friday, **July 17, 2020** at **9:00 a.m.** The parties shall use the following dial-in credentials for the telephone conference:

           Dial-in:       888-363-4749
           Access code:   4324948

   IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         July 9, 2020

                                 _____
                                        DENISE COTE
                                 United States District Judge