UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANGELO LOPES

                               Plaintiff,

-against-

JLM DECORATING NYC INC., COSMOPOLITAN
INTERIOR NY CORPORATION, JLM
DECORATING, INC., CITY VIEW BLINDS OF N.Y.
INC., MOSHE GOLD, JOEL GOLD a/k/a SAM
GOLD a/k/a SHIMMY GOLD, and MARITZA
RODRIGUEZ a/k/a MARITZA SIME

                               Defendants.
-------------------------------------------------------------------X

**Case No.:**
20-CV-00314

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Brett W. Joseph, Esq., Declaration of Moshe Gold, Local Rule 56.1 Statement of Material Facts, and the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants, JLM Decorating NYC Inc., Cosmopolitan Interior NY Corporation, JLM Decorating, Inc., City View Blinds of N.Y. Inc., Moshe Gold, Joel Gold a/k/a Sam Gold, a/k/a Shimmy Gold, and Maritza Rodriguez a/k/a Maritza Sime (collectively "Defendants"), by and through their counsel, Milman Labuda Law Group PLLC, will move before the Honorable Denise L. Cote, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 56 granting summary judgment to Defendants and for such other and further relief as the Court may deem just and proper.

2

Dated: April 30, 2021

                Respectfully submitted,

                MILMAN LABUDA LAW GROUP PLLC

By:    /s/ Brett W. Joseph
        Brett W. Joseph
        Attorneys for Defendants
        3000 Marcus Ave., Suite 3W8
        Lake Success, NY 11042
        (516) 328-8899