UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANGELO LOPES

                                    Plaintiff,

    -against-

JLM DECORATING NYC INC., COSMOPOLITAN INTERIOR NY CORPORATION, JLM DECORATING, INC., CITY VIEW BLINDS OF N.Y. INC., MOSHE GOLD, JOEL GOLD a/k/a SAM GOLD a/k/a SHIMMY GOLD, and MARITZA RODRIGUEZ a/k/a MARITZA SIME

                                   Defendants.
------------------------------------------------------------------X

Case No.:
20-CV-00314

**DECLARATION OF BRETT W. JOSEPH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Brett W. Joseph, an attorney duly admitted to this Court, hereby declare under penalty of perjury as follows:

1. I am an Associate with the firm Milman Labuda Law Group, PLLC, attorneys of record for Defendants in this action.

2. I submit this Declaration in support of Defendants' Motion for Summary Judgment.

3. A true and correct copy of the Complaint filed in this matter is attached hereto as **Exhibit "A".**

4. A true and complete copy of the transcript of the deposition of Plaintiff Angelo Lopes' deposition taken on March 5, 2021 is annexed hereto as **Exhibit "B".**

5. A true and complete copy of the transcript of the deposition of Defendant Moshe Gold's deposition taken on February 11, 2021 is annexed hereto as **Exhibit "C".**

6. A true and complete copy of the transcript of the deposition of Defendant Sam Gold's deposition taken on February 11, 2021 is annexed hereto as **Exhibit "D".**

7. A true and correct copy of the May 28, 2019 Warning Letter issued to Plaintiff by Defendants is annexed hereto as **Exhibit "E"**.

8. A true and correct copy of the termination letter issued to Plaintiff by Defendants is annexed hereto as **Exhibit "F"**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 30, 2021
Lake Success, New York

/s/ Brett W. Joseph
MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Defendants
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
Tel.  (516) 328-8899
Fax   (516) 328-0082