1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK

3   -----------------------------------------X
    ANGELO LOPES,

4
                                PLAINTIFF,

5
            -against-           Case No.:

6                               20-CV-00314

7   JLM DECORATING NYC, INC., COSMOPOLITAN
    INTERIOR NY CORPORATION, JLM DECORATING,

8   INC., CITY VIEW BLINDS OF N.Y., INC.,
    MOSHE GOLD, JOEL GOLD a/k/a SAM GOLD

9   a/k/a SHIMMY GOLD, and MARITZA RODRIGUEZ
    a/k/a MARITZA SIME,

10
                                DEFENDANTS.

11  -----------------------------------------X

12

13                      DATE:  February 11, 2021

14                      TIME:  1:13 P.M.

15

16

17          DEPOSITION of the Defendant,

18  MOSHE GOLD, taken by the Plaintiff,

19  pursuant to a Notice and to the Federal

20  Rules of Civil Procedure, held on the above

21  date and time, via Virtual Zoom, before

22  Kelli Passalacqua, a Notary Public of the

23  State of New York.

24

25

A P P E A R A N C E S:

THE LAW OFFICE OF JON A. STOCKMAN
   Attorneys for the Plaintiff
   ANGELO LOPES
   32 Broadway, Suite 1710
   New York, New York  10004
   BY:  JON A. STOCKMAN, ESQ.


MILMAN LABUDA LAW GROUP, PLLC
   Attorneys for the Defendants
   JLM DECORATING NYC, INC., COSMOPOLITAN
   INTERIOR NY CORPORATION, JLM DECORATING,
   INC., CITY VIEW BLINDS OF N.Y., INC.,
   MOSHE GOLD, JOEL GOLD a/k/a SAM GOLD
   a/k/a SHIMMY GOLD, and MARITZA RODRIGUEZ
   a/k/a MARITZA SIME
   3000 Marcus Avenue, Suite 3W8
   Lake Success, New York  11042
   BY:  BRETT JOSEPH, ESQ.


ALSO PRESENT:
   ANGELO LOPES




           *          *          *

1

2    F E D E R A L   S T I P U L A T I O N S

3

4

5    IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20    IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24           *    *    *    *

25

1                    M. GOLD

2  M O S H E   G O L D, called as a witness,

3  having been first duly affirmed by a Notary

4  Public of the State of New York, was

5  examined and testified as follows:

6  EXAMINATION BY

7  MR. STOCKMAN:

8       Q.     Please state your name for the

9  record.

10      A.     Moshe Gold.

11      Q.     What is your address?

12      A.     26 Hayward Street, Apartment

13  5L, Brooklyn, New York 11249.

14      Q.     Good afternoon, Mr. Gold.  My

15  name is Jon Stockman.  I'm the attorney for

16  Angelo Lopes in Angelo Lopes versus JLM

17  Decorating.

18           I'm going to start off the

19  deposition by going over some ground rules.

20  I'm going to be asking you questions.

21  Please let me finish asking the question

22  before you answer so that the Court

23  Reporter can take an accurate transcript.

24           If you don't understand a

25  question, please let me know and I will

1                    M. GOLD
2    attempt to rephrase it if you don't
3    understand it.  If you don't hear the
4    question, ask me to repeat the question.
5              Have you ever been deposed
6    before?
7        A.    Yes.
8        Q.    How many times?
9        A.    I don't remember.
10        Q.    More than ten?
11        A.    I don't remember.
12        Q.    More than one?
13        A.    Yes.
14        Q.    More than five?
15        A.    I don't remember.
16        Q.    When was the last time that you
17    remember being deposed?
18        A.    A few years ago.  I don't
19    remember which year.
20        Q.    Have you ever been sued before?
21        A.    No.
22        Q.    You've never been --
23        A.    I'm sorry, ask again the
24    question.
25        Q.    Have you ever been sued before?

1                    M. GOLD

2        A.    Yes.

3        Q.    How many times have you been

4    sued?

5        A.    I don't remember.

6        Q.    Was it more than once?

7        A.    Yes.

8        Q.    What were those lawsuits about?

9        A.    I don't remember.

10       Q.    Have you ever been sued in an

11   employment related matter?

12       A.    I don't remember.

13       Q.    Has any past employee ever sued

14   you for unpaid wages?

15             MR. JOSEPH:  Objection.

16             You can answer.

17       A.    I don't remember.

18       Q.    Has any former employee sued

19   you for allegedly failing to pay them

20   overtime?

21             MR. JOSEPH:  Objection.

22             You can answer.

23       A.    I don't remember.

24       Q.    Angelo Lopes' lawsuit against

25   you, the current lawsuit, is that the only

1                    M. GOLD
2    lawsuit that is currently pending against
3    you?
4              MR. JOSEPH:  Objection.
5              You can answer.
6      A.    I don't remember.
7      Q.    How old are you, Mr. Gold?
8      A.    Fifty-five.
9      Q.    You said 55; is that correct?
10     A.    I guess so.
11     Q.    How many companies do you own
12   currently?
13     A.    I don't remember.
14     Q.    What companies do you own
15   currently?
16     A.    I don't remember.
17     Q.    Are you familiar with Angelo
18   Lopes?
19     A.    I guess so.
20     Q.    How do you know Angelo?
21     A.    He worked over here.
22     Q.    Can you repeat that?  I did not
23   hear you.
24     A.    He worked over here for JLM.
25     Q.    Why is Angelo no longer

```
 1                    M. GOLD
 2   employed by JLM?
 3            MR. JOSEPH:  Objection.
 4            You can answer.
 5       A.    Ask him, ask Angelo.
 6       Q.    I'm asking you under oath why
 7   Angelo is no longer employed by JLM.
 8       A.    I give you answer, ask him.
 9       Q.    Is Angelo currently employed by
10   JLM?
11       A.    No.
12       Q.    Do you know why Angelo is no
13   longer employed by JLM?
14            MR. JOSEPH:  Objection.
15            You can answer.
16       A.    I guess he didn't do his work.
17       Q.    What work didn't he do?
18       A.    Multi.  He didn't bring in
19   sales enough to cover his pay.  He didn't
20   follow the rules of the company.  He didn't
21   come in on time.  He came, he left.  He do
22   whatever he wants.  He didn't follow the
23   company rules.
24       Q.    What company rules didn't he
25   follow?
```

1                    M. GOLD

2        A.    Multi things.  He didn't come

3    in time.  What I mentioned before.  I will

4    not repeat it again.

5        Q.    The only company rule I recall

6    you mentioning is that he didn't come in on

7    time.

8              MR. JOSEPH:  Objection --

9        A.    I said multi things.  I spell

10   out three, four items, now you're telling

11   me one, you're lying.

12       Q.    Other than Angelo allegedly not

13   coming in on time, what other company rules

14   did Angelo violate?

15       A.    Go back to what I said a minute

16   ago, then you got the answer.

17             MR. JOSEPH:  Moshe, you just

18          need to answer the question that is

19          asked of you.

20             THE WITNESS:  I answer once.  I

21          don't need to answer twice, the same

22          question.  He asked me, I spelled out

23          three, four items.  I don't need to

24          repeat over again by law.

25             MR. STOCKMAN:  Ms. Passalacqua,

```
 1                    M. GOLD
 2       can you go back, reread Mr. Gold's
 3       answer when I initially asked him why
 4       Mr. Lopes was terminated.
 5              (Whereupon, the referred to
 6       answer was read back by the
 7       Reporter.)
 8       Q.    What time was Angelo supposed
 9  to come in?
10       A.    Eight to five.
11       Q.    What was Angelo's schedule?
12            MR. JOSEPH:  Objection.
13            You can answer.
14       A.    (No response.)
15       Q.    What days was Angelo supposed
16  to come into the office?
17       A.    I mention it to you.  I'm not
18  repeating.
19       Q.    I'm asking you a question --
20       A.    I said eight to five.  I'm not
21  repeating it.
22            MR. STOCKMAN:  Brett, can you
23       please speak to your client.
24            MR. JOSEPH:  Can we take a
25       five-minute break here?
```

1                    M. GOLD

2          MR. STOCKMAN:  Sure.

3          (Whereupon, a brief recess was

4      taken.)

5      Q.    Mr. Gold, you mentioned company

6  rules.  Does the company have these rules

7  in writing?

8      A.    No.

9          MR. JOSEPH:  Objection.

10          You can answer.

11      Q.    While Angelo was employed, were

12  the company rules in writing?

13          MR. JOSEPH:  Objection.

14          You can answer.

15      A.    I don't remember, but I know I

16  sat down and I told him exactly what the

17  positions are.

18      Q.    Mr. Gold, did you speak to

19  Angelo about the company's rules?

20      A.    Yes.

21      Q.    When did you speak to Angelo

22  about the company's rules?

23      A.    When I hired him.

24      Q.    What did you say about the

25  company's rules?

1                    M. GOLD

2        A.     Whatever the company rules are.

3    You have to come in on time eight to five,

4    you have to bring sales and manage the jobs

5    and follow up in the company rules that was

6    communicated with the project manager, the

7    accounting team and such and such.

8        Q.     Did you set sales goals for

9    Angelo to meet?

10       A.     Yes.

11       Q.     When were those set?

12       A.     What do you mean?

13              Repeat again the question.

14       Q.     At what point did you set sales

15   goals for Angelo?

16       A.     In the beginning when I hired

17   him.

18       Q.     What were his sales goals in

19   the beginning?

20       A.     What do you mean?

21       Q.     What were his sales goals?

22       A.     What do you mean?

23       Q.     How many sales did he have to

24   make?

25       A.     He has to make three times to

1              M. GOLD

2    cover his pay.

3         Q.    So, when Angelo was hired you

4    communicated to him that he needed to cover

5    three times his pay?

6         A.    Yes.

7         Q.    Did you ever raise Angelo's

8    sales goals?

9         A.    No.

10        Q.    Was there ever a point where

11   Angelo failed to meet his sales goals?

12        A.    Yes.

13        Q.    When was that?

14        A.    All the time.

15        Q.    When?

16        A.    All the time.

17        Q.    Do you remember when Angelo

18   first missed his sales goals?

19              MR. JOSEPH:  Objection.

20        A.    He never met his goals for the

21   year.

22        Q.    Did he ever meet his sales

23   goals?

24        A.    Nope.

25        Q.    Do you remember what year

1                    M. GOLD

2   Angelo first started working for you?

3        A.    No.

4        Q.    Does 2015 sound accurate?

5        A.    I don't remember.

6        Q.    When you were making a

7   determination as to whether Angelo met his

8   sales goals or not, were you looking at it

9   on an annual basis, or a monthly basis or

10  something else?

11       A.    Probably a quarter, six months,

12  annual.

13       Q.    Why did you terminate Angelo in

14  2019?

15            MR. JOSEPH:  Objection.

16            You can answer.

17       A.    I don't know the question.

18       Q.    Why did you terminate Angelo in

19  June of 2019 and not earlier?

20       A.    I gave him warning in May 28th.

21  He didn't fix his self, so it came a point

22  where I had to terminate him.

23       Q.    When did you give him this

24  warning?

25       A.    May 28, '19.

1                    M. GOLD

2        Q.    Did you give him any warnings

3    prior to May 2019?

4        A.    Verbally, yes.

5        Q.    When did you verbally give

6    him --

7        A.    I don't remember.

8        Q.    How do you know that Angelo

9    failed to meet his sales goals?

10        A.    I don't understand your

11    question.

12        Q.    How do you know that Angelo

13    failed to meet sales goals?

14        A.    If the sales didn't came in,

15    they didn't do sales, then I know he failed

16    his sales goals.

17        Q.    How would you determine if

18    sales came in?

19        A.    Everything is marked in-house

20    who brought in sales.

21        Q.    Where is it marked?

22        A.    In a sheet.

23        Q.    What is the sheet called?

24        A.    I don't know.

25        Q.    Did you look at this sheet?

1             M. GOLD

2      A.    I'm getting every quarter the

3 sales sheet to see who brought in what.

4      Q.    How are your quarters measured?

5            MR. JOSEPH:  Objection.

6            You can answer.

7      A.    I don't understand the

8 question.

9      Q.    When does a quarter begin and

10 when does a quarter end?

11      A.    I don't understand the

12 question.  Every quarter is a quarter.

13 Three months is one quarter, six months,

14 two quarters.

15      Q.    What months are you looking at?

16      A.    Every quarter.

17      Q.    Is there a quarter one?

18      A.    Every quarter is a quarter.

19 Three months is a quarter.  I don't know

20 one, two, five, eight.  Every year have

21 four quarters.

22      Q.    Does JLM have a quarter one?

23      A.    I don't know the calendar.

24 Every three months is a quarter.

25      Q.    Did Angelo ever bring in

1                    M. GOLD

2  multimillion dollar jobs?

3       A.    Nope.  Not that I know.

4       Q.    Who made the decision to

5  terminate Angelo?

6       A.    Moshe Gold.

7       Q.    Is that you?

8       A.    I guess so.

9       Q.    Is there another Moshe Gold

10 within the company?

11      A.    I don't know.

12      Q.    Did you make the decision to

13 terminate Angelo?

14      A.    Yes.

15      Q.    Did anybody else participate in

16 that decision?

17      A.    I don't think so, no.

18      Q.    Did anyone recommend to you

19 that Angelo be terminated?

20      A.    Nope.

21      Q.    Did you ever reduce Angelo's

22 salary?

23      A.    Yes.

24      Q.    Why did you do that?

25      A.    Because the work had not got

```
 1                    M. GOLD
 2   done so I gave him options to continue
 3   doing your work, speed up your work, speed
 4   up your sales and then you will have money
 5   to be made back.
 6           MR. STOCKMAN:  Can you read
 7        back his answer.  I didn't understand
 8        all of it.
 9           (Whereupon, the referred to
10        answer was read back by the
11        Reporter.)
12      Q.    What work hadn't gotten done?
13      A.    None of them.
14      Q.    Are you saying that Angelo
15   didn't do any work?
16           MR. JOSEPH:  Objection.
17           You can answer.
18      A.    The right proper work the way I
19   want him to do, he didn't.  He didn't came
20   in time.  He come, he left, he had no time.
21   He is like a self employed person.  I have
22   no clue where he go, when he goes, what job
23   he is handling.  I have no clue something.
24           I decide to reduce his salary.
25   I gave him opportunity, you bring in sales
```

1                    M. GOLD
2  you will have commission so then you can
3  get back your amount.
4       Q.    What specific work did Angelo
5  fail to do that motivated you to reduce his
6  salary?
7            MR. JOSEPH:  Objection.
8            You can answer.
9       A.    Multi different ways like I
10 mention before.  Project manage was
11 incorrect, coming and going almost like
12 self-employed.  I have no clue where he is.
13 He didn't punch in time in office, so multi
14 things got neglected.
15      Q.    What did you say about project
16 manage?
17      A.    Project manager.  He didn't
18 project manage what he was supposed to.
19      Q.    What jobs wasn't he managing?
20      A.    I don't know.  There was multi
21 or whatever.  Every time a different job,
22 whatever he was told to do.
23      Q.    What jobs?
24      A.    I don't remember.
25      Q.    Did you reduce anyone else's

1                    M. GOLD
2    salary?
3         A.    I don't remember.
4         Q.    What is your position with JLM?
5         A.    President.  Owner.
6         Q.    What are your responsibilities
7    as president owner?
8         A.    I don't understand.  Owner,
9    whatever owner is required.  All
10   responsibilities.
11        Q.    Do you have the authority to
12   hire and fire employees?
13        A.    Yes.
14        Q.    Do you determine what employees
15   are paid?
16             MR. JOSEPH:  Objection.
17             You can answer.
18        A.    Yes.
19        Q.    How did you determine that
20   Angelo was managing projects correctly?
21        A.    I don't understand the
22   question.
23        Q.    How did you know that Angelo
24   was not managing projects correctly?
25        A.    I'm getting complaints from my

```
 1                    M. GOLD
 2  people in the office.
 3       Q.    Who complained to you?
 4       A.    Multi people.
 5       Q.    Who?
 6       A.    I don't remember who.
 7       Q.    Do you remember any specifics
 8  of complaints?
 9       A.    Nope.  Nope.  Just he didn't
10  follow the company system like he was
11  supposed to.
12       Q.    What was the company system?
13       A.    Multi different ways.
14       Q.    What were those ways?
15       A.    Project manage, reporting what
16  is going on job, follow up the rules that
17  the person Sam was running.  Certain
18  projects and to repeat -- to report to him
19  was not.
20       Q.    When you say "Sam," are you
21  referring to your son?
22       A.    Yes.
23       Q.    What did Sam say to you about
24  Angelo?
25       A.    He doesn't follow the rules.
```

1                    M. GOLD
2    He doesn't report.  He goes, coming, he
3    does what he wants.  He doesn't bring the
4    paperwork, doesn't bring in the report on
5    the job.  He doesn't manage the job.
6        Q.    What is Sam's experience in the
7    commercial painting industry?
8        A.    What you mean, what experience?
9        Q.    What experience does he have in
10   commercial painting?
11             MR. JOSEPH:  Objection.
12             You can answer.
13       A.    Multi years managing.
14       Q.    What experience do you have in
15   commercial painting?
16       A.    Multi years managing.
17       Q.    Is it accurate to say that
18   Angelo has more experience in commercial
19   painting than you do?
20       A.    No.
21       Q.    Why is that, in your opinion,
22   an inaccurate statement?
23       A.    That is my opinion, no.
24       Q.    What is the basis of your
25   opinion?

```
 1                   M. GOLD
 2        A.    What is the basis he should
 3   have more?
 4               MR. JOSEPH:  You just have to
 5          answer the question that is asked of
 6          you, Moshe.
 7        A.    I have been in the industry
 8   since 1988.
 9        Q.    You have been in the commercial
10   painting industry since 1988?
11        A.    Multi different trades, yes.
12        Q.    Did you talk to Sam about
13   terminating Angelo?
14        A.    I don't understand the
15   question.
16        Q.    Did you talk to Sam about
17   terminating Angelo?
18        A.    I spoke to him about his lack
19   of work, what he doesn't do.
20        Q.    Is JLM Decorating NYC,
21   Incorporated still in business today?
22        A.    Yes.
23        Q.    Is Cosmopolitan Interior New
24   York Corporation still in business today?
25        A.    Yes.
```

```
 1                    M. GOLD
 2      Q.    How about JLM Decorating,
 3 Incorporated?
 4      A.    I don't remember.  I know only
 5 JLM.
 6      Q.    Is City View Blinds still in
 7 business today?
 8      A.    Yes.
 9      Q.    Are JLM Decorating,
10 Incorporated and Cosmopolitan the same
11 company?
12            MR. JOSEPH:  Objection.
13      A.    No.
14      Q.    How are they different?
15      A.    Different company.
16            How is Macy's and Target
17 different company?
18      Q.    Do you own both companies?
19      A.    Yes, I do.
20      Q.    Does anyone else own JLM?
21      A.    No.
22      Q.    Does anyone else own
23 Cosmopolitan?
24      A.    No.
25      Q.    Does anyone else own City View
```

```
 1                    M. GOLD
 2   Blinds?
 3        A.    No.
 4        Q.    What is Maritza Sime's role
 5   with JLM?
 6        A.    She is working here.
 7        Q.    What does she do?
 8        A.    Multi things.  I don't remember
 9   exactly.
10        Q.    What do you remember her doing?
11        A.    I know she picks up the phone.
12        Q.    Do you work with her directly?
13        A.    Sometimes.
14        Q.    Who works at JLM now?
15              MR. JOSEPH:  Objection.
16              You can answer.
17        A.    I don't know.
18        Q.    Who would know who works at JLM
19   currently?
20        A.    I don't know.
21        Q.    Who manges the office at JLM?
22        A.    Sam.
23        Q.    Did Angelo ever complain about
24   workers not being paid properly?
25        A.    Nope.
```

                        M. GOLD

1

2      Q.     Did Angelo ever complain to you

3   about workers not receiving wage statements

4   they should be?

5      A.     Nope.

6      Q.     Does JLM employ painters?

7      A.     I don't understand your

8   question.

9      Q.     What does JLM do?

10              What is JLM's business?

11      A.     They serve customers when they

12   want job to get done, painting, wallpaper

13   and such and such.

14      Q.     Who does JLM hire to do the

15   painting?

16      A.     We have whole team.

17      Q.     So, JLM has its own painters?

18              MR. JOSEPH:  Objection.

19      A.     Yes.

20      Q.     Who are some of the JLM

21   painters?

22      A.     I have no clue.

23      Q.     Who would know who the painters

24   are?

25      A.     I don't know.

```
 1                    M. GOLD
 2        Q.    Would Sam Gold know?
 3        A.    I don't know.
 4        Q.    How about Jose Arias, would he
 5   know?
 6              MR. JOSEPH:  Objection.
 7        A.    I don't know.
 8        Q.    Who is in charge of the payroll
 9   at JLM?
10        A.    I don't know.
11        Q.    Who would know who is in charge
12   of the payroll?
13        A.    I don't know.
14        Q.    Are you involved in the
15   day-to-day operations of JLM?
16        A.    Overall.
17        Q.    What type of work do you do
18   with JLM, you, yourself?
19        A.    I don't understand your
20   question.
21        Q.    You testified that overall
22   you're involved in the day-to-day
23   operations, what does that mean?
24        A.    Financing and income, expenses.
25        Q.    How are you involved in the
```

1                    M. GOLD

2    income?

3         A.    There is a sheet to find out

4    what is going on.  That is what it

5    involves.

6         Q.    How are you involved in the

7    financing?

8         A.    If I got a sheet, how many

9    people pay, how many not.

10        Q.    How are you involved in the

11   expenses?

12        A.    I got a sheet what needs to be

13   paid, whatnot.

14        Q.    Do you know if the JLM painters

15   are given checks when they're paid?

16        A.    I guess so.

17        Q.    Do you know if the JLM painters

18   are given statements with their checks?

19        A.    I don't know what you mean

20   statement, what statement?

21        Q.    Are JLM painters paid by the

22   hour?

23        A.    I don't know.

24        Q.    Who would know?

25        A.    I don't know.

                         M. GOLD

1

2       Q.    Do you know if JLM painters are

3   paid in cash?

4       A.    No cash.

5       Q.    Were they ever paid in cash?

6       A.    No, never.

7             MR. JOSEPH:  Objection.

8       A.    Never.

9       Q.    How do you know that JLM

10  painters were never paid in cash?

11      A.    I'm involved in the financing.

12            MR. JOSEPH:  Objection.

13      Q.    The painters that work for JLM,

14  do you consider them employees or did you

15  consider them independent contractors?

16            MR. JOSEPH:  Objection.

17      A.    Employees.

18      Q.    Has that always been the case?

19      A.    Yes.

20      Q.    Does JLM use independent

21  contractors?

22      A.    I don't know.

23      Q.    Who would know?

24      A.    I don't know.

25      Q.    Was there ever a time where JLM

```
1                    M. GOLD
2    used independent contractors instead of
3    employees to do commercial painting jobs?
4              MR. JOSEPH:  Objection.
5         A.    I don't know.
6         Q.    Did JLM ever use a payroll
7    ledger?
8         A.    I don't know.
9         Q.    Did JLM ever use a payroll
10   register?
11        A.    I don't know.
12        Q.    How are you so sure that JLM
13   employees aren't paid cash?
14        A.    Because I'm signing every
15   check.  How they have cash?  I don't have
16   cash.
17        Q.    Back when Angelo was working
18   for JLM, were you signing every check?
19        A.    Yes.
20        Q.    Back in 2018, were you signing
21   every check?
22        A.    Yes.
23        Q.    Back in 2018, were there any
24   painters that worked for JLM that were paid
25   cash?
```

```
1                    M. GOLD
2            MR. JOSEPH:  Objection.
3       A.    No.
4       Q.    How do you know that?
5            MR. JOSEPH:  Objection.  You
6        already asked him that.
7            THE WITNESS:  He asked me
8        already.  I said no.
9       A.    How do I know today?
10           What you mean how you know?
11           I said no is no.
12      Q.    Back in 2019, did you sign
13  every payroll check for JLM?
14      A.    For the third time, yes.
15      Q.    Were those payroll checks for
16  painters as well as office workers?
17      A.    Yes.
18      Q.    Back in 2018, when you signed
19  payroll checks, was there any statement
20  attached to those payroll checks that you
21  noticed?
22           MR. JOSEPH:  Objection.
23      A.    I don't know.
24      Q.    Did you ever see a statement
25  documenting the amount of hours that a
```

```
 1                    M. GOLD
 2   painter worked connected to a payroll
 3   check?
 4             MR. JOSEPH:  Objection.
 5        A.   I don't know what you are
 6   talking about.  I have no clue what
 7   statement means.
 8        Q.   The payroll checks that you
 9   signed back in 2018, was there anything
10   connected to those checks?
11        A.   I think so.  That is called the
12   pay stub.
13        Q.   Was there a pay stub connected
14   to the check that you signed?
15        A.   Yes.
16        Q.   What information was on these
17   pay stubs?
18        A.   I don't remember.
19        Q.   Does JLM keep copies of those
20   pay stubs?
21        A.   I don't know.
22        Q.   Who would know?
23        A.   I don't know.
24        Q.   I'd like to turn your attention
25   to Plaintiff's Exhibit B.
```

                              M. GOLD

1

2       A.      Yes.

3       Q.      I'd like you to review the

4  document that has been marked Plaintiff's

5  Exhibit B and let me know when you finish

6  reviewing it.

7       A.      Okay, I already review.

8       Q.      Mr. Gold, have you ever seen

9  the document that's been marked Plaintiff's

10  Exhibit B before today?

11      A.      Yes.

12      Q.      What do you recognize the

13  document to be?

14      A.      I mentioned before I warned

15  Angelo he has to fix his self to follow up

16  all the items whatever has been listed in

17  this sheet.

18      Q.      Mr. Gold, did you prepare the

19  May 28, 2019 written warning yourself?

20      A.      Yes.

21      Q.      Did you write this language

22  yourself?

23      A.      No.

24      Q.      Who wrote the language?

25      A.      I don't remember.  Somebody in

1                    M. GOLD

2    my office.

3         Q.    Did you dictate what language

4    should be written?

5         A.    I probably review it until I

6    okay it.

7         Q.    Did you tell someone in your

8    office what to write?

9         A.    Overall, yes.

10         Q.    There is a comment indicating

11    that Angelo did not follow office

12    procedures regarding proposals, do you see

13    that comment?

14         A.    Yes.

15         Q.    Is that comment accurate?

16         A.    Yes.

17         Q.    How do you know that is

18    accurate?

19              MR. JOSEPH:  Objection.

20              You can answer.

21         A.    That is what they gave me from

22    the office that he doesn't follow

23    proposals.

24         Q.    Who told you Angelo doesn't

25    follow proposals?

1                    M. GOLD

2       A.    Sam.

3       Q.    What are office procedures

4  following proposals?

5       A.    Whatever it is.  I don't

6  remember.

7       Q.    There is also a comment about

8  Angelo not managing assigned projects

9  including, but not limited to, field

10 operations, project schedules, etc, is that

11 comment accurate?

12      A.    Yes.

13      Q.    How do you know that?

14      A.    The same thing.  I got told

15 from my office staff.

16      Q.    Do you have any personal

17 knowledge that Angelo was not managing

18 assigned projects?

19      A.    I don't understand the

20 question.

21      Q.    Do you have any personal

22 knowledge that Angelo did not manage

23 assigned projects?

24      A.    Again, I don't understand what

25 you're trying to ask.

1                           M. GOLD

2        Q.    Who at your office told you

3    that Angelo was not managing assigned

4    projects?

5        A.    It was probably Sam, Sam and

6    Maritza.

7        Q.    How would Maritza know that

8    Angelo wasn't managing assigned projects?

9        A.    Probably she running a

10   certain -- she is a part of the office

11   staff.  She knows what is supposed to be

12   doing and he does follow, he doesn't do it.

13       Q.    There is a comment about Angelo

14   not being knowledgeable of projects

15   assigned to, is that comment accurate?

16       A.    Yes.

17       Q.    How do you know that comment is

18   accurate?

19       A.    Again, the same thing from the

20   office staff.

21       Q.    Who at the office told you

22   that?

23       A.    Probably Sam and Maritza.

24       Q.    There is a comment about Angelo

25   not providing the office with proper

                    M. GOLD

1

2   paperwork to ensure jobs are handled

3   properly including, but not limited to,

4   proposals, change orders, approvals, etc,

5   is that comment accurate?

6        A.    Yes.

7        Q.    How do you know that?

8        A.    The same thing, again, from the

9   office staff.

10       Q.    Who do you think at the office

11  told you?

12       A.    Sam, Maritza.

13       Q.    What paperwork was Angelo

14  supposed to be providing that he didn't do?

15       A.    Every job different.

16       Q.    Let's go over the different

17  jobs.

18       A.    I don't have anything with a

19  detail from the job.

20       Q.    There is a comment about Angelo

21  engaging in insubordination to upper

22  management, is that comment accurate?

23       A.    Yes.

24       Q.    How do you know that is

25  accurate?

1                    M. GOLD
2         A.    Again, from the office staff,
3    which is Sam and Maritza.
4         Q.    Do you know what this is
5    referring to, insubordination to upper
6    management?
7         A.    I don't remember now.
8         Q.    Do you see there is a comment
9    that says your performance will be reviewed
10   again in thirty days from the date of this
11   letter?
12        A.    Yes.
13        Q.    Is it accurate to say that
14   Angelo was terminated less than 30 days
15   from the date of this letter?
16        A.    Yes.
17        Q.    Why wasn't Angelo given thirty
18   days from the date of the letter?
19        A.    He left.  After he leave, then
20   I terminate in writing.
21        Q.    I didn't hear you.
22        A.    He left before the thirty days.
23        Q.    What did you mean he left?
24        A.    He decide he quit.
25        Q.    Did Angelo communicate to you

1                    M. GOLD
2   that he quit?
3        A.    Yes.
4        Q.    What did Angelo say to you?
5        A.    "I'm quitting.  I'm leaving."
6        Q.    So, is it your testimony that
7   you didn't terminate Angelo, Angelo quit?
8              MR. JOSEPH:  Objection.
9        A.    Again, don't turn around
10  different what I said.  I terminate in
11  writing in June 20th, he quit before.  So,
12  he didn't give us any chance for thirty
13  days to discuss further.
14       Q.    Angelo quit before June 20th?
15       A.    Correct.
16             MR. STOCKMAN:  Can we mark the
17       document as Plaintiff's Exhibit C.
18       Q.    Mr. Gold, I want to turn your
19  attention to the document that has been
20  marked as Plaintiff's Exhibit C, you have
21  that in front of you.
22       A.    Marked what?
23       Q.    Plaintiff's Exhibit C.
24       A.    What is it?  I don't.
25             MR. JOSEPH:  It is the

1                     M. GOLD

2        termination letter.

3        A.      June 20th.

4                MR. JOSEPH:  Correct.

5        A.      Yes, I have it.

6        Q.      I'd like for you to review the

7   document and let me know when you finish

8   reviewing.

9        A.      Okay.

10       Q.      Have you reviewed the document,

11  Mr. Gold?

12       A.      Yes.

13       Q.      Do you recognize the document

14  that has been marked Plaintiff's Exhibit C?

15       A.      Yes.

16       Q.      How do you recognize it?

17       A.      I signed it.

18       Q.      What do you recognize the

19  document to be?

20       A.      Whatever it says over here.

21       Q.      Can you repeat yourself?  I

22  didn't hear what you said.

23       A.      This is a termination letter.

24       Q.      Did you write this termination

25  letter?

1                         M. GOLD

2          A.      I signed it.

3          Q.      Who wrote the letter?

4          A.      I don't remember.

5          Q.      There is an allegation here

6    that Mr. Lopes engaged in gross misconduct,

7    is that an accurate statement?

8          A.      What?

9          Q.      There is an allegation in the

10   termination letter that Mr. Lopes acted in

11   gross misconduct, is that an accurate

12   statement?

13         A.      I don't understand the

14   question.

15         Q.      Was Mr. Lopes terminated for

16   gross misconduct?

17         A.      What do you mean "misconduct"?

18                 What you mean with that?

19         Q.      The letter says that Mr. Lopes'

20   termination to JLM Decorating has been

21   terminated for unsatisfactory job

22   performance and gross misconduct.

23         A.      Yes.

24         Q.      Is that an accurate statement?

25         A.      Yes.

```
 1                 M. GOLD
 2       Q.    How did Mr. Lopes engage in
 3  gross misconduct?
 4       A.    Like I just said before, he
 5  didn't follow all the way how he should do
 6  what we need him to do.  He should follow
 7  the rules and such and such.
 8       Q.    I want to go back to about
 9  February 2019.  Is it accurate that
10  Plaintiff's salary was reduced in February
11  2019?
12       A.    Yes.
13       Q.    Why did you decide at that
14  point to reduce his salary and not sooner?
15            MR. JOSEPH:  Objection.
16            You can answer.
17       A.    I have no clue what you mean.
18       Q.    Why did you reduce Mr. Lopes'
19  salary in February 2019 and not, let's say,
20  June of 2018?
21       A.    I gave him a chance.  Until I
22  see there is no change.
23       Q.    Was there ever a period of time
24  where Mr. Lopes was performing up to your
25  expectations?
```

1                    M. GOLD
2        A.     No.
3        Q.     Why didn't you reduce
4    Mr. Lopes' salary in 2016?
5              MR. JOSEPH:  Objection.
6              You can answer.
7        A.     A, I don't think he was working
8    in '16, and second, I gave him a chance
9    until I decide after that few years that is
10   nothing to expect on the way it goes now.
11   If he does the salary, maybe he catch up.
12       Q.     Did you give him anything in
13   writing about his salary reduction
14   explaining to him why you're reducing his
15   salary?
16       A.     I don't remember.
17       Q.     Was there any particular job
18   that was lost that motivated your decision
19   to reduce Mr. Lopes' salary?
20             MR. JOSEPH:  Objection.
21       A.     I don't remember.
22             MR. STOCKMAN:  Kelli, did you
23         take down my last question and his
24         answer?  I think they were cut off.
25             (Whereupon, the referred to

```
 1                    M. GOLD
 2        question and answer were read back by
 3         the Reporter.)
 4        Q.    Mr. Gold, did you ever go to
 5   any of the JLM job sites?
 6        A.    Most of the time, no.  But
 7   sometimes.
 8        Q.    Did you ever supervise the
 9   painters?
10        A.    No.
11        Q.    Did anyone at JLM supervise the
12   painters?
13        A.    I guess so.
14        Q.    Do you know who did?
15        A.    I don't remember.  I have to
16   find out.
17        Q.    Did JLM ever sub out painting
18   work to a company called Paint Zen?
19        A.    Yes.
20        Q.    Other than Paint Zen, did JLM
21   sub out work to any other painting company?
22             MR. JOSEPH:  Objection.
23             You can answer.
24        A.    I don't remember.
25        Q.    Who would know that?
```

1                    M. GOLD

2       A.    I don't know.

3       Q.    Would anyone know that other

4   than you?

5       A.    I don't know.

6       Q.    Is JLM still working with Paint

7   Zen?

8       A.    No, not that I know.

9       Q.    What do you know about that

10  arrangement?

11            MR. JOSEPH:  Objection.

12            You can answer.

13      A.    I don't know.

14      Q.    Who at JLM is in charge of

15  purchasing the materials used at JLM job

16  sites?

17      A.    I don't know.

18      Q.    Do you know who would know?

19            MR. JOSEPH:  Objection.

20      A.    I don't know.

21      Q.    Did Sam encourage you to reduce

22  Angelo's salary?

23      A.    No.

24      Q.    Did Maritza encourage you to

25  reduce Angelo's salary?

```
 1                    M. GOLD
 2       A.    No.
 3       Q.    Did you reduce Maritza's salary
 4  at any point?
 5       A.    I don't remember.
 6       Q.    Did you reduce Sam's salary at
 7  any point?
 8       A.    I don't remember.
 9       Q.    Is there an employee that works
10  for JLM by the name of Roy?
11            MR. JOSEPH:  Objection.
12            You can answer.
13       A.    Yes.
14       Q.    What is Roy's full name?
15       A.    I don't know.
16       Q.    What did Roy do for JLM?
17       A.    Multi things.
18       Q.    Like what?
19       A.    Project manager, estimates.
20       Q.    Did you ever reduce Roy's
21  salary?
22       A.    I don't remember.
23       Q.    Is there an employee that works
24  for JLM by the name of Eli Nickburg?
25       A.    Salesperson.
```

1                    M. GOLD

2      Q.      What does Eli Nickburg do for

3  JLM?

4      A.      Salesperson.

5      Q.      Did you ever reduce Eli's

6  salary?

7      A.      I don't remember.

8      Q.      Is it accurate to say that

9  other than reducing Plaintiff's salary, you

10 don't remember reducing anyone else's

11 salary at JLM?

12     A.      I don't remember anything.

13     Q.      Have you ever terminated an

14 employee other than Mr. Lopes?

15             MR. JOSEPH:  Objection.

16             You can answer.

17     A.      I don't remember.

18     Q.      Did Mr. Lopes also work for

19 Cosmopolitan Interior?

20             MR. JOSEPH:  Objection.

21             You can answer.

22     A.      I don't think so.

23     Q.      What is the difference between

24 Cosmopolitan Interior and JLM?

25     A.      I don't know.

                    M. GOLD

1                    MR. JOSEPH:  Objection, already
2            asked and answered.
3       Q.    Do you remember who determined
4   the hours that the JLM painters worked?
5       A.    I don't know.
6       Q.    Could painters show up on a job
7   site whenever they wanted or did they have
8   set hours?
9       A.    Set hours.
10      Q.    Did JLM set those hours?
11                   MR. JOSEPH:  Objection.
12                   You can answer.
13      A.    Of course.
14      Q.    What type of tools and
15  materials are used at job sites?
16      A.    I have no clue.  I don't know.
17      Q.    Do you know if JLM supplied the
18  tools used at the job sites?
19      A.    I don't know.
20      Q.    Do you know who would know?
21      A.    I don't know.
22      Q.    Did JLM purchase Workers' Comp
23  insurance for all painters working at JLM
24  job sites?

                        M. GOLD

1                    MR. JOSEPH:  Objection.

2                    You can answer.

3        A.    I don't know.  I guess so.

4        Q.    Do you know if there are

5    painters that work at multiple JLM job

6    sites?

7                    MR. JOSEPH:  Objection.

8                    You can answer.

9        A.    I don't know.

10        Q.    Does JLM have any long tenured

11    painters?

12        A.    I don't know.

13        Q.    Do you know any of the JLM

14    painters?

15        A.    No.

16        Q.    Have you ever met a JLM

17    painter?

18        A.    I don't remember.

19        Q.    Does JLM have an employee

20    handbook?

21        A.    I don't know.

22        Q.    Does JLM have a human resources

23    department?

24        A.    I don't know.


```
 1                    M. GOLD
 2      Q.    Do you think Sam would know --
 3      A.    I don't know.
 4      Q.    -- if there were --
 5      A.    I don't know.
 6            (Speaking simultaneously.)
 7            MR. STOCKMAN:  Strike the
 8       question.
 9      Q.    Have you ever received any
10  training about antidiscrimination laws?
11      A.    I don't remember.
12      Q.    Do you have a college degree?
13      A.    I don't remember.
14      Q.    You are claiming under oath you
15  don't remember if you have a college
16  degree?
17      A.    Correct.
18      Q.    Have you been diagnosed with
19  any medical condition that would cause
20  memory loss?
21      A.    No.
22      Q.    Are you taking any medication
23  that could cause memory loss?
24      A.    This is private.  I'm not
25  answering.  It private.  This is private
```

```
 1                     M. GOLD
 2   life.  I'm giving out nothing about my
 3   medication.
 4        Q.    Do you have a high school
 5   diploma?
 6        A.    I don't remember.
 7        Q.    Do you have any schooling?
 8        A.    I don't remember.
 9        Q.    Have you ever attended a class?
10        A.    I don't remember.
11        Q.    You don't remember if you ever
12   attended a class in your lifetime?
13        A.    I don't remember.
14        Q.    Do you know if it's legal to
15   terminate an employee because of their
16   religion in the State of New York?
17              MR. JOSEPH:  Objection.
18              You can answer.
19        A.    I have no clue what you are
20   asking.
21        Q.    Do you know if it's legal to
22   terminate an employee because of their
23   religion in the State of New York?
24              MR. JOSEPH:  Objection.
25        A.    I don't know the question.  I
```

                    M. GOLD

1
2  can't answer.
3       Q.    Do you know if it's legal for a
4  company to terminate an employee because of
5  the employee's race?
6            MR. JOSEPH:  Objection.
7            You can answer.
8       A.    I did everything legal.
9            MR. JOSEPH:  You need to answer
10        the question that is asked of you,
11        Moshe.
12            THE WITNESS:  I don't know what
13        he asked.
14       Q.    How do you know you did
15  everything legal?
16       A.    I did everything legal.  He
17  does what he wants, comes when he wants.
18  It is legal to give him a warning and then
19  he still continues to do whatever he wants.
20  It is legal way to get fired and that is
21  what I did.
22       Q.    How do you know that it is
23  legal to terminate an employee under those
24  circumstances?
25            MR. JOSEPH:  Objection.

```
 1                  M. GOLD
 2           You can answer.
 3      A.    I discuss that with my lawyer.
 4           MR. JOSEPH:  Don't get into --
 5           THE WITNESS:  He --
 6           MR. STOCKMAN:  I'm not
 7      asking --
 8           MR. JOSEPH:  I trust that you
 9      won't.
10           (Speaking simultaneously.)
11      Q.    Who at JLM determines what
12  employees are paid?
13      A.    I don't understand the
14  question.  Repeat.
15      Q.    Do you determine the rate at
16  which employees are paid at JLM?
17      A.    Some authority, yes.
18      Q.    Does anyone else at JLM
19  determine rate of pay?
20      A.    No.
21      Q.    Are there certain employees at
22  JLM that are paid based on the amount of
23  hours that they work?
24           MR. JOSEPH:  Objection.
25           You can answer.
```

1                    M. GOLD
2      A.    Which employees?  There is
3  multi different kind of employees.
4      Q.    I'm asking, are there any
5  employees at JLM that are paid by the hour?
6      A.    Yes.
7      Q.    Are there employees at JLM that
8  receive overtime pay?
9      A.    I don't remember.
10      Q.    Are employees at JLM paid at
11  least the minimum wage?
12              MR. JOSEPH:  Objection.
13              You can answer.
14      A.    I don't have any idea.  Whoever
15  get paid get paid when they needed to get
16  paid.
17      Q.    Who determines what they need
18  to get paid?
19      A.    Who determine for you to get
20  paid?  I determine according to what we
21  discussed and how people to get paid.
22      Q.    Are you aware of a law called
23  the New York Labor Law?
24              MR. JOSEPH:  Objection.
25              You can answer.

1                    M. GOLD
2        A.    Yes.
3        Q.    What is your understanding of
4    the New York Labor Law?
5              MR. JOSEPH:  Objection.
6              You can answer.
7        A.    I know there is a law.  I have
8    to double check everything with a lawyer by
9    law what I'm doing.  That, I know.
10       Q.    Does JLM have a human resources
11   manager?
12       A.    I don't know.
13       Q.    Have you ever heard of the
14   phrase at-will employment?
15       A.    I don't remember.
16       Q.    Do you know if there are any
17   reasons where it is illegal to terminate an
18   employee?
19             MR. JOSEPH:  Objection.
20             You can answer.
21       A.    Everything gets done with my
22   lawyer.
23             MR. STOCKMAN:  Can we take a
24        five-minute break.
25             (Whereupon, a brief recess was

```
 1                    M. GOLD
 2       taken.)
 3            MR. STOCKMAN:  I have no
 4       further questions.
 5            (Whereupon, at the conclusion
 6       of this deposition documents were
 7       marked as Plaintiff's Exhibits A, B
 8       and C for identification as of this
 9       date by the Reporter.)
10            (Whereupon, at 3:03 P.M., the
11       Examination of this witness was
12       concluded.)
13
14            °         °         °         °
15
16
17
18
19
20
21
22
23
24
25
```

1              M. GOLD
2          D E C L A R A T I O N
3

4      I hereby certify that having been
5  first duly sworn to testify to the truth, I
6  gave the above testimony.

7

8      I FURTHER CERTIFY that the foregoing
9  transcript is a true and correct transcript
10 of the testimony given by me at the time
11 and place specified hereinbefore.
12

13

14

       _____
15              MOSHE GOLD
16

17

18 Subscribed and sworn to before me
19 this _____ day of _____ 20___.
20

21

   _____
22    NOTARY PUBLIC
23

24

25

1                    M. GOLD

2                E X H I B I T S

3

4   PLAINTIFF'S EXHIBITS

5

6   EXHIBIT    EXHIBIT                        PAGE

7   LETTER     DESCRIPTION

8   Exh A - C     Documents                    56

9

10       (Exhibits retained by Court Reporter)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    M.  GOLD

2                  I  N  D  E  X

3

4    EXAMINATION BY                        **PAGE**

5    MR.  STOCKMAN                             **4**

6

7

8      INFORMATION  AND/OR  DOCUMENTS  REQUESTED

9    INFORMATION  AND/OR  DOCUMENTS        PAGE

10   (None)

11

12

13        QUESTIONS  MARKED  FOR  RULINGS

14   PAGE  LINE   QUESTION

15   (None)

16

17

18

19

20

21

22

23

24

25

1                    M. GOLD

2              C E R T I F I C A T E

3

4   STATE OF NEW YORK       )

                           :  SS.:

5   COUNTY OF RICHMOND      )

6

7        I, KELLI PASSALACQUA, a Notary Public

8   for and within the State of New York, do

9   hereby certify:

10       That the witness whose examination is

11  hereinbefore set forth was duly affirmed

12  and that such examination is a true record

13  of the testimony given by that witness.

14       I further certify that I am not

15  related to any of the parties to this

16  action by blood or by marriage and that I

17  am in no way interested in the outcome of

18  this matter.

19       IN WITNESS WHEREOF, I have hereunto

20  set my hand this 24th day of February 2021.

21

22  *Kelli Passalacqua*

23  _____

            KELLI PASSALACQUA

24

25

1                          ERRATA SHEET
                    VERITEXT/NEW YORK REPORTING, LLC
2

   CASE NAME: Lopes v. JLM Decorating NYC Inc Et Al
3  DATE OF DEPOSITION: 2/11/2021
   WITNESSES' NAME: Moshe Gold
4
5      PAGE   LINE (S)      CHANGE             REASON
   ____|_____|_____|_____
6
   ____|_____|_____|_____
7
   ____|_____|_____|_____
8
   ____|_____|_____|_____
9
   ____|_____|_____|_____
10
   ____|_____|_____|_____
11
   ____|_____|_____|_____
12
   ____|_____|_____|_____
13
   ____|_____|_____|_____
14
   ____|_____|_____|_____
15
   ____|_____|_____|_____
16
   ____|_____|_____|_____
17
   ____|_____|_____|_____
18
   ____|_____|_____|_____
19
   ____|_____|_____|_____
20
21                                  _____
                                    Moshe Gold
22 SUBSCRIBED AND SWORN TO BEFORE ME
   THIS ____ DAY OF _____, 20__.
23
24
   _____          _____
25 (NOTARY PUBLIC)                  MY COMMISSION EXPIRES:

| & |
| --- |
| **&** 3:17 |

| 0 |
| --- |
| **00314** 1:6 |

| 1 |
| --- |
| **1** 3:17 |
| **10004** 2:6 |
| **11** 1:13 |
| **11042** 2:13 |
| **11249** 4:13 |
| **16** 43:8 |
| **1710** 2:5 |
| **19** 14:25 |
| **1988** 23:8,10 |
| **1:13** 1:14 |

| 2 |
| --- |
| **2/11/2021** 61:3 |
| **20** 1:6 57:19 61:22 |
| **2015** 14:4 |
| **2016** 43:4 |
| **2018** 30:20,23 |
| 31:18 32:9 42:20 |
| **2019** 14:14,19 15:3 |
| 31:12 33:19 42:9 |
| 42:11,19 |
| **2021** 1:13 60:20 |
| **20th** 39:11,14 40:3 |
| **24722** 60:22 |
| **24th** 60:20 |
| **26** 4:12 |
| **28** 14:25 33:19 |
| **28th** 14:20 |

| 3 |
| --- |
| **30** 3:16 38:14 |
| **3000** 2:13 |
| **32** 2:5 |
| **3:03** 56:10 |
| **3w8** 2:13 |

| 4 |
| --- |
| **4** 59:5 |

| 5 |
| --- |
| **55** 7:9 |
| **56** 58:8 |
| **5l** 4:13 |

| a |
| --- |
| **accounting** 12:7 |
| **accurate** 4:23 14:4 |
| 22:17 34:15,18 |
| 35:11 36:15,18 |
| 37:5,22,25 38:13 |
| 41:7,11,24 42:9 |
| 47:8 |
| **acted** 41:10 |
| **action** 60:16 |
| **address** 4:11 |
| **administer** 3:11 |
| **affirmed** 4:3 60:11 |
| **afternoon** 4:14 |
| **ago** 5:18 9:16 |
| **agreed** 3:5,20 |
| **al** 61:2 |
| **allegation** 41:5,9 |
| **allegedly** 6:19 |
| 9:12 |
| **amount** 19:3 |
| 31:25 53:22 |
| **angelo** 1:3 2:5,18 |
| 4:16,16 6:24 7:17 |
| 7:20,25 8:5,7,9,12 |
| 9:12,14 10:8,15 |
| 11:11,19,21 12:9 |
| 12:15 13:3,11,17 |
| 14:2,7,13,18 15:8 |
| 15:12 16:25 17:5 |
| 17:13,19 18:14 |
| 19:4 20:20,23 |
| 21:24 22:18 23:13 |
| 23:17 25:23 26:2 |
| 30:17 33:15 34:11 |
| 34:24 35:8,17,22 |
| 36:3,8,13,24 37:13 |
| 37:20 38:14,17,25 |
| 39:4,7,7,14 |
| **angelo's** 10:11 |
| 13:7 17:21 45:22 |
| 45:25 |
| **annual** 14:9,12 |
| **answer** 4:22 6:16 |
| 6:22 7:5 8:4,8,15 |
| 9:16,18,20,21 10:3 |
| 10:6,13 11:10,14 |
| 14:16 16:6 18:7 |
| 18:10,17 19:8 |
| 20:17 22:12 23:5 |
| 25:16 34:20 42:16 |
| 43:6,24 44:2,23 |
| 45:12 46:12 47:16 |
| 47:21 48:13 49:3 |
| 49:9 51:18 52:2,7 |
| 52:9 53:2,25 |
| 54:13,25 55:6,20 |
| **answered** 48:3 |
| **answering** 50:25 |
| **antidiscrimination** |
| 50:10 |
| **anybody** 17:15 |
| **apartment** 4:12 |
| **approvals** 37:4 |
| **arias** 27:4 |
| **arrangement** |
| 45:10 |
| **asked** 9:19,22 10:3 |
| 23:5 31:6,7 48:3 |
| 52:10,13 |
| **asking** 4:20,21 8:6 |
| 10:19 51:20 53:7 |
| 54:4 |
| **assigned** 35:8,18 |
| 35:23 36:3,8,15 |

| attached 31:20 |
| --- |
| **attempt** 5:2 |
| **attended** 51:9,12 |
| **attention** 32:24 |
| 39:19 |
| **attorney** 4:15 |
| **attorneys** 2:4,9 |
| **authority** 20:11 |
| 53:17 |
| **authorized** 3:11 |
| **avenue** 2:13 |
| **aware** 54:22 |

| b |
| --- |
| **b** 32:25 33:5,10 |
| 56:7 58:2 |
| **back** 9:15 10:2,6 |
| 18:5,7,10 19:3 |
| 30:17,20,23 31:12 |
| 31:18 32:9 42:8 |
| 44:2 |
| **based** 53:22 |
| **basis** 14:9,9 22:24 |
| 23:2 |
| **beginning** 12:16 |
| 12:19 |
| **blinds** 1:8 2:11 |
| 24:6 25:2 |
| **blood** 60:16 |
| **break** 10:25 55:24 |
| **brett** 2:14 10:22 |
| **brief** 11:3 55:25 |
| **bring** 8:18 12:4 |
| 16:25 18:25 22:3 |
| 22:4 |
| **broadway** 2:5 |
| **brooklyn** 4:13 |
| **brought** 15:20 |
| 16:3 |
| **business** 23:21,24 |
| 24:7 26:10 |

| c | | | |
|---|---|---|---|
| **c** 2:2 39:17,20,23 40:14 56:8 57:2 58:8 60:2,2 | **college** 50:12,15 | **consider** 29:14,15 | **decision** 17:4,12 17:16 43:18 |
| **calendar** 16:23 | **come** 8:21 9:2,6 10:9,16 12:3 18:20 | **continue** 18:2 | **decorating** 1:7,7 2:10,10 4:17 23:20 24:2,9 41:20 61:2 |
| **called** 4:2 15:23 32:11 44:18 54:22 | **comes** 52:17 | **continues** 52:19 | **defendant** 1:17 |
| **case** 1:5 29:18 61:2 | **coming** 9:13 19:11 22:2 | **contractors** 29:15 29:21 30:2 | **defendants** 1:10 2:9 |
| **cash** 29:3,4,5,10 30:13,15,16,25 | **comment** 34:10,13 34:15 35:7,11 36:13,15,17,24 37:5,20,22 38:8 | **copies** 32:19 | **degree** 50:12,16 |
| **catch** 43:11 | | **copy** 3:14,17 | **department** 49:24 |
| **cause** 50:19,23 | | **corporation** 1:7 2:10 23:24 | **deposed** 5:5,17 |
| **certain** 21:17 36:10 53:21 | **commercial** 22:7 22:10,15,18 23:9 30:3 | **correct** 7:9 39:15 40:4 50:17 57:9 | **deposition** 1:17 3:8,9,14 4:19 56:6 61:3 |
| **certification** 3:8 | **commission** 19:2 61:25 | **correctly** 20:20,24 | **description** 58:7 |
| **certify** 57:4,8 60:9 60:14 | **communicate** 38:25 | **cosmopolitan** 1:7 2:10 23:23 24:10 24:23 47:19,24 | **detail** 37:19 |
| **chance** 39:12 42:21 43:8 | **communicated** 12:6 13:4 | **counsel** 3:6,17 | **determination** 14:7 |
| **change** 37:4 42:22 61:5 | **comp** 48:23 | **county** 60:5 | **determine** 15:17 20:14,19 53:15,19 54:19,20 |
| **charge** 27:8,11 45:14 | **companies** 7:11,14 24:18 | **course** 48:14 | **determined** 48:4 |
| **check** 30:15,18,21 31:13 32:3,14 55:8 | **company** 8:20,23 8:24 9:5,13 11:5,6 11:12 12:2,5 17:10 21:10,12 24:11,15,17 44:18 44:21 52:4 | **court** 1:2 3:13 4:22 58:10 | **determines** 53:11 54:17 |
| | | **cover** 8:19 13:2,4 | **diagnosed** 50:18 |
| | | **current** 6:25 | **dictate** 34:3 |
| **checks** 28:15,18 31:15,19,20 32:8 32:10 | | **currently** 7:2,12 7:15 8:9 25:19 | **difference** 47:23 |
| **circumstances** 52:24 | **company's** 11:19 11:22,25 | **customers** 26:11 | **different** 19:9,21 21:13 23:11 24:14 24:15,17 37:15,16 39:10 54:3 |
| **city** 1:8 2:11 24:6 24:25 | **complain** 25:23 26:2 | **cut** 43:24 | |
| | | **cv** 1:6 | **diploma** 51:5 |
| **civil** 1:20 | **complained** 21:3 | | **directly** 25:12 |
| **claiming** 50:14 | **complaints** 20:25 21:8 | **d** | |
| **class** 51:9,12 | **concluded** 56:12 | **d** 3:2 4:2 57:2 59:2 | **discuss** 39:13 53:3 |
| **client** 10:23 | **conclusion** 56:5 | **date** 1:13,21 38:10 38:15,18 56:9 61:3 | **discussed** 54:21 |
| **clue** 18:22,23 19:12 26:22 32:6 42:17 48:17 51:19 | **condition** 50:19 | **day** 27:15,15,22 27:22 57:19 60:20 61:22 | **district** 1:2,2 |
| | **connected** 32:2,10 32:13 | **days** 3:16 10:15 38:10,14,18,22 39:13 | **document** 33:4,9 33:13 39:17,19 40:7,10,13,19 |
| | | **decide** 18:24 38:24 42:13 43:9 | |

**documenting** 31:25
**documents** 56:6 58:8 59:8,9
**doing** 18:3 25:10 36:12 55:9
**dollar** 17:2
**double** 55:8
**duly** 4:3 57:5 60:11

**e**

**e** 2:2,2 3:2,2 4:2 57:2 58:2 59:2 60:2,2
**earlier** 14:19
**effect** 3:12,15
**eight** 10:10,20 12:3 16:20
**eli** 46:24 47:2
**eli's** 47:5
**else's** 19:25 47:10
**employ** 26:6
**employed** 8:2,7,9 8:13 11:11 18:21 19:12
**employee** 6:13,18 46:9,23 47:14 49:20 51:15,22 52:4,23 55:18
**employee's** 52:5
**employees** 20:12 20:14 29:14,17 30:3,13 53:12,16 53:21 54:2,3,5,7 54:10
**employment** 6:11 55:14
**encourage** 45:21 45:24
**engage** 42:2

**engaged** 41:6
**engaging** 37:21
**ensure** 37:2
**errata** 61:1
**esq** 2:6,14
**estimates** 46:19
**et** 61:2
**exactly** 11:16 25:9
**examination** 4:6 56:11 59:4 60:10 60:12
**examined** 4:5
**exh** 58:8
**exhibit** 32:25 33:5 33:10 39:17,20,23 40:14 58:6,6
**exhibits** 56:7 58:4 58:10
**expect** 43:10
**expectations** 42:25
**expenses** 27:24 28:11
**experience** 22:6,8 22:9,14,18
**expires** 61:25
**explaining** 43:14

**f**

**f** 3:2 60:2
**fail** 19:5
**failed** 13:11 15:9 15:13,15
**failing** 6:19
**familiar** 7:17
**february** 1:13 42:9,10,19 60:20
**federal** 1:19
**field** 35:9
**fifty** 7:8
**filing** 3:7

**financing** 27:24 28:7 29:11
**find** 28:3 44:16
**finish** 4:21 33:5 40:7
**fire** 20:12
**fired** 52:20
**first** 4:3 13:18 14:2 57:5
**five** 5:14 7:8 10:10 10:20,25 12:3 16:20 55:24
**fix** 14:21 33:15
**follow** 8:20,22,25 12:5 21:10,16,25 33:15 34:11,22,25 36:12 42:5,6
**following** 35:4
**follows** 4:5
**force** 3:15
**foregoing** 57:8
**form** 3:21
**former** 6:18
**forth** 60:11
**four** 9:10,23 16:21
**front** 39:21
**full** 46:14
**further** 3:20 39:13 56:4 57:8 60:14

**g**

**g** 4:2
**getting** 16:2 20:25
**give** 8:8 14:23 15:2 15:5 39:12 43:12 52:18
**given** 28:15,18 38:17 57:10 60:13
**giving** 51:2
**go** 9:15 10:2 18:22 37:16 42:8 44:4

**goals** 12:8,15,18 12:21 13:8,11,18 13:20,23 14:8 15:9,13,16
**goes** 18:22 22:2 43:10
**going** 4:18,19,20 19:11 21:16 28:4
**gold** 1:8,8,8,9,18 2:11,11,11,12 4:1 4:10,14 5:1 6:1 7:1,7 8:1 9:1 10:1 11:1,5,18 12:1 13:1 14:1 15:1 16:1 17:1,6,9 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1,2 28:1 29:1 30:1 31:1 32:1 33:1,8 33:18 34:1 35:1 36:1 37:1 38:1 39:1,18 40:1,11 41:1 42:1 43:1 44:1,4 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1,15 58:1 59:1 60:1 61:3,21
**gold's** 10:2
**good** 4:14
**gotten** 18:12
**gross** 41:6,11,16 41:22 42:3
**ground** 4:19
**group** 2:9
**guess** 7:10,19 8:16 17:8 28:16 44:13 49:4

**h**

**h** 4:2 58:2
**hand** 60:20
**handbook** 49:21
**handled** 37:2
**handling** 18:23
**hayward** 4:12
**hear** 5:3 7:23
  38:21 40:22
**heard** 55:13
**held** 1:20
**hereinbefore**
  57:11 60:11
**hereunto** 60:19
**high** 51:4
**hire** 20:12 26:14
**hired** 11:23 12:16
  13:3
**hour** 28:22 54:5
**hours** 31:25 48:5,9
  48:10,11 53:23
**house** 15:19
**human** 49:23
  55:10

**i**

**idea** 54:14
**identification** 56:8
**illegal** 55:17
**inaccurate** 22:22
**including** 35:9
  37:3
**income** 27:24 28:2
**incorporated**
  23:21 24:3,10
**incorrect** 19:11
**independent** 29:15
  29:20 30:2
**indicating** 34:10
**industry** 22:7 23:7
  23:10

**information** 32:16
  59:8,9
**initially** 10:3
**insubordination**
  37:21 38:5
**insurance** 48:24
**interested** 60:17
**interior** 1:7 2:10
  23:23 47:19,24
**involved** 27:14,22
  27:25 28:6,10
  29:11
**involves** 28:5
**items** 9:10,23
  33:16

**j**

**jlm** 1:7,7 2:10,10
  4:16 7:24 8:2,7,10
  8:13 16:22 20:4
  23:20 24:2,5,9,20
  25:5,14,18,21 26:6
  26:9,14,17,20 27:9
  27:15,18 28:14,17
  28:21 29:2,9,13,20
  29:25 30:6,9,12,18
  30:24 31:13 32:19
  41:20 44:5,11,17
  44:20 45:6,14,15
  46:10,16,24 47:3
  47:11,24 48:5,11
  48:18,23,24 49:6
  49:11,14,17,20,23
  53:11,16,18,22
  54:5,7,10 55:10
  61:2
**jlm's** 26:10
**job** 18:22 19:21
  21:16 22:5,5
  26:12 37:15,19
  41:21 43:17 44:5
  45:15 48:7,16,19

48:25 49:6
**jobs** 12:4 17:2
  19:19,23 30:3
  37:2,17
**joel** 1:8 2:11
**jon** 2:4,6 4:15
**jose** 27:4
**joseph** 2:14 6:15
  6:21 7:4 8:3,14
  9:8,17 10:12,24
  11:9,13 13:19
  14:15 16:5 18:16
  19:7 20:16 22:11
  23:4 24:12 25:15
  26:18 27:6 29:7
  29:12,16 30:4
  31:2,5,22 32:4
  34:19 39:8,25
  40:4 42:15 43:5
  43:20 44:22 45:11
  45:19 46:11 47:15
  47:20 48:2,12
  49:2,8 51:17,24
  52:6,9,25 53:4,8
  53:24 54:12,24
  55:5,19
**judge** 3:13
**june** 14:19 39:11
  39:14 40:3 42:20

**k**

**k** 1:8,9,9 2:11,12
  2:12
**keep** 32:19
**kelli** 1:22 43:22
  60:7,23
**kind** 54:3
**know** 4:25 7:20
  8:12 11:15 14:17
  15:8,12,15,24
  16:19,23 17:3,11
  19:20 20:23 24:4

25:11,17,18,20
  26:23,25 27:2,3,5
  27:7,10,11,13
  28:14,17,19,23,24
  28:25 29:2,9,22,23
  29:24 30:5,8,11
  31:4,9,10,23 32:5
  32:21,22,23 33:5
  34:17 35:13 36:7
  36:17 37:7,24
  38:4 40:7 44:14
  44:25 45:2,3,5,8,9
  45:13,17,18,18,20
  46:15 47:25 48:6
  48:17,18,20,21,21
  48:22 49:4,5,10,13
  49:14,22,25 50:2,3
  50:5 51:14,21,25
  52:3,12,14,22 55:7
  55:9,12,16
**knowledge** 35:17
  35:22
**knowledgeable**
  36:14
**knows** 36:11

**l**

**l** 3:2,2 4:2 57:2
**labor** 54:23 55:4
**labuda** 2:9
**lack** 23:18
**lake** 2:13
**language** 33:21,24
  34:3
**law** 2:4,9 9:24
  54:22,23 55:4,7,9
**laws** 50:10
**lawsuit** 6:24,25
  7:2
**lawsuits** 6:8
**lawyer** 53:3 55:8
  55:22

| | | | n |
|---|---|---|---|

**leave** 38:19
**leaving** 39:5
**ledger** 30:7
**left** 8:21 18:20
  38:19,22,23
**legal** 51:14,21 52:3
  52:8,15,16,18,20
  52:23
**letter** 38:11,15,18
  40:2,23,25 41:3,10
  41:19 58:7
**life** 51:2
**lifetime** 51:12
**limited** 35:9 37:3
**line** 59:14 61:5
**listed** 33:16
**llc** 61:1
**long** 49:11
**longer** 7:25 8:7,13
**look** 15:25
**looking** 14:8 16:15
**lopes** 1:3 2:5,18
  4:16,16 6:24 7:18
  10:4 41:6,10,15,19
  42:2,18,24 43:4,19
  47:14,18 61:2
**loss** 50:20,23
**lost** 43:18
**lying** 9:11

| m |
|---|

**m** 4:1,2 5:1 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1

39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1
**macy's** 24:16
**making** 14:6
**manage** 12:4
  19:10,16,18 21:15
  22:5 35:22
**management**
  37:22 38:6
**manager** 12:6
  19:17 46:19 55:11
**managing** 19:19
  20:20,24 22:13,16
  35:8,17 36:3,8
**manges** 25:21
**marcus** 2:13
**maritza** 1:9,9 2:12
  2:12 25:4 36:6,7
  36:23 37:12 38:3
  45:24
**maritza's** 46:3
**mark** 39:16
**marked** 15:19,21
  33:4,9 39:20,22
  40:14 56:7 59:13
**marriage** 60:16
**materials** 45:15
  48:16
**matter** 6:11 60:18
**mean** 12:12,20,22
  22:8 27:23 28:19
  31:10 38:23 41:17
  41:18 42:17
**means** 32:7

**measured** 16:4
**medical** 50:19
**medication** 50:22
  51:3
**meet** 12:9 13:11
  13:22 15:9,13
**memory** 50:20,23
**mention** 10:17
  19:10
**mentioned** 9:3
  11:5 33:14
**mentioning** 9:6
**met** 13:20 14:7
  49:17
**milman** 2:9
**minimum** 54:11
**minute** 9:15 10:25
  55:24
**misconduct** 41:6
  41:11,16,17,22
  42:3
**missed** 13:18
**money** 18:4
**monthly** 14:9
**months** 14:11
  16:13,13,15,19,24
**moshe** 1:8,18 2:11
  4:10 9:17 17:6,9
  23:6 52:11 57:15
  61:3,21
**motivated** 19:5
  43:18
**multi** 8:18 9:2,9
  19:9,13,20 21:4,13
  22:13,16 23:11
  25:8 46:17 54:3
**multimillion** 17:2
**multiple** 49:6

**n** 2:2 3:2 57:2 59:2
**n.y.** 1:8 2:11
**name** 4:8,15 46:10
  46:14,24 61:2,3
**need** 9:18,21,23
  42:6 52:9 54:17
**needed** 13:4 54:15
**needs** 28:12
**neglected** 19:14
**never** 5:22 13:20
  29:6,8,10
**new** 1:2,23 2:6,6
  2:13 4:4,13 23:23
  51:16,23 54:23
  55:4 60:4,8 61:1
**nickburg** 46:24
  47:2
**nope** 13:24 17:3
  17:20 21:9,9
  25:25 26:5
**notary** 1:22 4:3
  57:22 60:7 61:25
**notice** 1:19
**noticed** 31:21
**ny** 1:7 2:10
**nyc** 1:7 2:10 23:20
  61:2

| o |
|---|

**o** 3:2 4:2,2 57:2
**oath** 3:12 8:6
  50:14
**objection** 6:15,21
  7:4 8:3,14 9:8
  10:12 11:9,13
  13:19 14:15 16:5
  18:16 19:7 20:16
  22:11 24:12 25:15
  26:18 27:6 29:7
  29:12,16 30:4

31:2,5,22 32:4
34:19 39:8 42:15
43:5,20 44:22
45:11,19 46:11
47:15,20 48:2,12
49:2,8 51:17,24
52:6,25 53:24
54:12,24 55:5,19
**objections** 3:21
**office** 2:4 10:16
19:13 21:2 25:21
31:16 34:2,8,11,22
35:3,15 36:2,10,20
36:21,25 37:9,10
38:2
**okay** 33:7 34:6
40:9
**old** 7:7
**once** 6:6 9:20
**operations** 27:15
27:23 35:10
**opinion** 22:21,23
22:25
**opportunity** 18:25
**options** 18:2
**orders** 37:4
**original** 3:9,17
**outcome** 60:17
**overall** 27:16,21
34:9
**overtime** 6:20
54:8
**owner** 20:5,7,8,9

**p**

**p** 2:2,2 3:2
**p.m.** 1:14 56:10
**page** 58:6 59:4,9
59:14 61:5
**paid** 20:15 25:24
28:13,15,21 29:3,5
29:10 30:13,24

53:12,16,22 54:5
54:10,15,15,16,18
54:20,21
**paint** 44:18,20
45:6
**painter** 32:2 49:18
**painters** 26:6,17
26:21,23 28:14,17
28:21 29:2,10,13
30:24 31:16 44:9
44:12 48:5,7,24
49:6,12,15
**painting** 22:7,10
22:15,19 23:10
26:12,15 30:3
44:17,21
**paperwork** 22:4
37:2,13
**part** 36:10
**participate** 17:15
**particular** 43:17
**parties** 3:7 60:15
**passalacqua** 1:22
9:25 60:7,23
**pay** 6:19 8:19 13:2
13:5 28:9 32:12
32:13,17,20 53:19
54:8
**payroll** 27:8,12
30:6,9 31:13,15,19
31:20 32:2,8
**pending** 7:2
**people** 21:2,4 28:9
54:21
**performance** 38:9
41:22
**performing** 42:24
**period** 42:23
**person** 18:21
21:17

**personal** 35:16,21
**phone** 25:11
**phrase** 55:14
**picks** 25:11
**place** 57:11
**plaintiff** 1:4,18 2:4
**plaintiff's** 32:25
33:4,9 39:17,20,23
40:14 42:10 47:9
56:7 58:4
**please** 4:8,21,25
10:23
**pllc** 2:9
**point** 12:14 13:10
14:21 42:14 46:4
46:7
**position** 20:4
**positions** 11:17
**prepare** 33:18
**present** 2:17
**president** 20:5,7
**prior** 15:3
**private** 50:24,25
50:25
**probably** 14:11
34:5 36:5,9,23
**procedure** 1:20
**procedures** 34:12
35:3
**project** 12:6 19:10
19:15,17,18 21:15
35:10 46:19
**projects** 20:20,24
21:18 35:8,18,23
36:4,8,14
**proper** 18:18
36:25
**properly** 25:24
37:3
**proposals** 34:12
34:23,25 35:4

37:4
**providing** 36:25
37:14
**public** 1:22 4:4
57:22 60:7 61:25
**punch** 19:13
**purchase** 48:23
**purchasing** 45:15
**pursuant** 1:19

**q**

**quarter** 14:11
16:2,9,10,12,12,13
16:16,17,18,18,19
16:22,24
**quarters** 16:4,14
16:21
**question** 4:21,25
5:4,4,24 9:18,22
10:19 12:13 14:17
15:11 16:8,12
20:22 23:5,15
26:8 27:20 35:20
41:14 43:23 44:2
50:8 51:25 52:10
53:14 59:14
**questions** 4:20
56:4 59:13
**quit** 38:24 39:2,7
39:11,14
**quitting** 39:5

**r**

**r** 2:2 3:2 57:2 60:2
**race** 52:5
**raise** 13:7
**rate** 53:15,19
**read** 10:6 18:6,10
44:2
**reason** 61:5
**reasons** 55:17

**recall** 9:5
**receive** 54:8
**received** 50:9
**receiving** 26:3
**recess** 11:3 55:25
**recognize** 33:12
 40:13,16,18
**recommend** 17:18
**record** 4:9 60:12
**reduce** 17:21
 18:24 19:5,25
 42:14,18 43:3,19
 45:21,25 46:3,6,20
 47:5
**reduced** 42:10
**reducing** 43:14
 47:9,10
**reduction** 43:13
**referred** 10:5 18:9
 43:25
**referring** 21:21
 38:5
**regarding** 34:12
**register** 30:10
**related** 6:11 60:15
**religion** 51:16,23
**remember** 5:9,11
 5:15,17,19 6:5,9
 6:12,17,23 7:6,13
 7:16 11:15 13:17
 13:25 14:5 15:7
 19:24 20:3 21:6,7
 24:4 25:8,10
 32:18 33:25 35:6
 38:7 41:4 43:16
 43:21 44:15,24
 46:5,8,22 47:7,10
 47:12,17 48:4
 49:19 50:11,13,15
 51:6,8,10,11,13
 54:9 55:15

**repeat** 5:4 7:22 9:4
 9:24 12:13 21:18
 40:21 53:14
**repeating** 10:18
 10:21
**rephrase** 5:2
**report** 21:18 22:2
 22:4
**reporter** 4:23 10:7
 18:11 44:3 56:9
 58:10
**reporting** 21:15
 61:1
**requested** 59:8
**required** 20:9
**reread** 10:2
**reserved** 3:22
**resources** 49:23
 55:10
**respective** 3:6
**response** 10:14
**responsibilities**
 20:6,10
**retained** 58:10
**review** 33:3,7 34:5
 40:6
**reviewed** 38:9
 40:10
**reviewing** 33:6
 40:8
**richmond** 60:5
**right** 18:18
**rodriguez** 1:9 2:12
**role** 25:4
**roy** 46:10,16
**roy's** 46:14,20
**rule** 9:5
**rules** 1:20 4:19
 8:20,23,24 9:13
 11:6,6,12,19,22,25
 12:2,5 21:16,25

 42:7
**rulings** 59:13
**running** 21:17
 36:9

## s

**s** 2:2 3:2,2 4:2 58:2
 61:5
**salary** 17:22 18:24
 19:6 20:2 42:10
 42:14,19 43:4,11
 43:13,15,19 45:22
 45:25 46:3,6,21
 47:6,9,11
**sales** 8:19 12:4,8
 12:14,18,21,23
 13:8,11,18,22 14:8
 15:9,13,14,15,16
 15:18,20 16:3
 18:4,25
**salesperson** 46:25
 47:4
**sam** 1:8 2:11 21:17
 21:20,23 23:12,16
 25:22 27:2 35:2
 36:5,5,23 37:12
 38:3 45:21 50:2
**sam's** 22:6 46:6
**sat** 11:16
**saying** 18:14
**says** 38:9 40:20
 41:19
**schedule** 10:11
**schedules** 35:10
**school** 51:4
**schooling** 51:7
**sealing** 3:7
**second** 43:8
**see** 16:3 31:24
 34:12 38:8 42:22
**seen** 33:8

**self** 14:21 18:21
 19:12 33:15
**serve** 26:11
**service** 3:16
**set** 12:8,11,14 48:9
 48:10,11 60:11,20
**sheet** 15:22,23,25
 16:3 28:3,8,12
 33:17 61:1
**shimmy** 1:9 2:12
**show** 48:7
**sign** 31:12
**signature** 60:22
**signed** 3:10,12,15
 31:18 32:9,14
 40:17 41:2
**signing** 30:14,18
 30:20
**sime** 1:9 2:12
**sime's** 25:4
**simultaneously**
 50:6 53:10
**site** 48:8
**sites** 44:5 45:16
 48:16,19,25 49:7
**six** 14:11 16:13
**somebody** 33:25
**son** 21:21
**sooner** 42:14
**sorry** 5:23
**sound** 14:4
**southern** 1:2
**speak** 10:23 11:18
 11:21
**speaking** 50:6
 53:10
**specific** 19:4
**specifics** 21:7
**specified** 57:11
**speed** 18:3,3

spell 9:9
spelled 9:22
spoke 23:18
ss 60:4
staff 35:15 36:11
  36:20 37:9 38:2
start 4:18
started 14:2
state 1:23 4:4,8
  51:16,23 60:4,8
statement 22:22
  28:20,20 31:19,24
  32:7 41:7,12,24
statements 26:3
  28:18
states 1:2
stipulated 3:5,20
stockman 2:4,6
  4:7,15 9:25 10:22
  11:2 18:6 39:16
  43:22 50:7 53:6
  55:23 56:3 59:5
street 4:12
strike 50:7
stub 32:12,13
stubs 32:17,20
sub 44:17,21
subscribed 57:18
  61:22
success 2:13
sued 5:20,25 6:4
  6:10,13,18
suite 2:5,13
supervise 44:8,11
supplied 48:18
supposed 10:8,15
  19:18 21:11 36:11
  37:14
sure 11:2 30:12
sworn 3:10 57:5
  57:18 61:22

system 21:10,12

**t**

t 3:2,2 57:2 58:2
  60:2,2
take 4:23 10:24
  43:23 55:23
taken 1:18 11:4
  56:2
talk 23:12,16
talking 32:6
target 24:16
team 12:7 26:16
tell 34:7
telling 9:10
ten 5:10
tenured 49:11
terminate 14:13
  14:18,22 17:5,13
  38:20 39:7,10
  51:15,22 52:4,23
  55:17
terminated 10:4
  17:19 38:14 41:15
  41:21 47:13
terminating 23:13
  23:17
termination 40:2
  40:23,24 41:10,20
testified 4:5 27:21
testify 57:5
testimony 39:6
  57:6,10 60:13
thing 35:14 36:19
  37:8
things 9:2,9 19:14
  25:8 46:17
think 17:17 32:11
  37:10 43:7,24
  47:22 50:2
third 31:14

thirty 38:10,17,22
  39:12
three 9:10,23
  12:25 13:5 16:13
  16:19,24
time 1:14,21 3:22
  5:16 8:21 9:3,7,13
  10:8 12:3 13:14
  13:16 18:20,20
  19:13,21 29:25
  31:14 42:23 44:6
  57:10
times 5:8 6:3
  12:25 13:5
today 23:21,24
  24:7 31:9 33:10
told 11:16 19:22
  34:24 35:14 36:2
  36:21 37:11
tools 48:15,19
trades 23:11
training 50:10
transcript 4:23
  57:9,9
trial 3:22
true 57:9 60:12
trust 53:8
truth 57:5
trying 35:25
turn 32:24 39:9,18
twice 9:21
two 16:14,20
type 27:17 48:15

**u**

u 3:2
understand 4:24
  5:3 15:10 16:7,11
  18:7 20:8,21
  23:14 26:7 27:19
  35:19,24 41:13
  53:13

understanding
  55:3
united 1:2
unpaid 6:14
unsatisfactory
  41:21
unsigned 3:14
upper 37:21 38:5
use 29:20 30:6,9

**v**

v 61:2
verbally 15:4,5
veritext 61:1
versus 4:16
view 1:8 2:11 24:6
  24:25
violate 9:14
virtual 1:21

**w**

wage 26:3 54:11
wages 6:14
waived 3:9
wallpaper 26:12
want 18:19 26:12
  39:18 42:8
wanted 48:8
wants 8:22 22:3
  52:17,17,19
warned 33:14
warning 14:20,24
  33:19 52:18
warnings 15:2
way 18:18 42:5
  43:10 52:20 60:17
ways 19:9 21:13
  21:14
whatnot 28:13
whereof 60:19
witness 3:10,16,18
  4:2 9:20 31:7

52:12 53:5 56:11
60:10,13,19
**witnesses'** 61:3
**work** 8:16,17
  17:25 18:3,3,12,15
  18:18 19:4 23:19
  25:12 27:17 29:13
  44:18,21 47:18
  49:6 53:23
**worked** 7:21,24
  30:24 32:2 48:5
**workers** 25:24
  26:3 31:16 48:23
**working** 14:2 25:6
  30:17 43:7 45:6
  48:24
**works** 25:14,18
  46:9,23
**write** 33:21 34:8
  40:24
**writing** 11:7,12
  38:20 39:11 43:13
**written** 33:19 34:4
**wrote** 33:24 41:3

**x**

**x** 1:3,11 58:2 59:2

**y**

**year** 5:19 13:21,25
  16:20
**years** 5:18 22:13
  22:16 43:9
**york** 1:2,23 2:6,6
  2:13 4:4,13 23:24
  51:16,23 54:23
  55:4 60:4,8 61:1

**z**

**zen** 44:18,20 45:7
**zoom** 1:21

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.