**EXHIBIT A**



May 28, 2019

Dear Angelo Lopes:

Re: <u>WRITTEN WARNING FOR UNSATISFACTORY JOB PERFORMANCE</u>.

This is your first written warning in relation to the unsatisfactory of your work performance and as previously discussed on numerous occasions. Over the past few months, I have been concerned about the adequacy of your job performance due to the following reasons:

- Not following office procedures regarding proposals
- Not managing assigned projects including but not limited to field operations, project schedule etc
- Not knowledgeable of projects assigned to
- Not providing office with proper paperwork to ensure jobs are handled properly including but not limited to Proposals, Change orders, approvals etc
- Office work hours are Monday – Friday 7am to 4pm; your presence in the office is very limited however we don't have much going on in the field currently
- Insubordination to upper management

Improvements are required to be made immediately by you; or if continued unacceptable performance it will result in further disciplinary action which may ultimately result in termination of you're at will employment. Your performance will be reviewed again in 30 days from date of this letter. Please sign and date this letter as confirmation of receipt.

If you have any questions or would like to discuss this matter further, I would encourage you to contact me as soon as possible.

_____          _____
Angelo Lopes                                                            Date:

Sincerely,

Moshe Gold

JLM Decorating ⁕ 111 John Street ⁕ Suite 1510 ⁕ New York, NY 10038 ⁕ (212) 267-0160