

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO LOPES,

        Plaintiff,

-against-

JLM DECORATING NYC INC., et al.,

        Defendants.

20-CV-314 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic status and scheduling conference, it is hereby ORDERED that:

1. The parties having informed the Court that their mediation was rescheduled to September 30, 2021, they are directed to promptly advise the Court if the case settles.

2. The parties' joint pretrial order is due **October 14, 2021**, and must comply with Moses Ind. Prac. § 4(b).

3. The Court will conduct a further status and scheduling conference on **October 21, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387#.

4. Having been advised that there is no remaining availability for a jury trial in the fourth quarter of 2021, the parties now request a trial date towards the end of the first quarter of 2022. The Court will advise the parties at the October 21 conference as to the position of this case on the calendar for that quarter.

Dated: New York, New York
       August 31, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**