```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
ANGELO LOPES,

                    Plaintiff,                    20-CV-314 (BCM)

          v.                                      ORDER

JLM DECORATING NYC INC, et al.,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/21

**BARBARA MOSES, United States Magistrate Judge.**

As briefly discussed during the telephonic status conference on August 31, 2021 (*see* Dkt. No. 68), the Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. The Clerk's Office also schedules up to four cases for each week as "trial ready." These cases may proceed if both the primary and backup cases for one of the days during the week do not go forward.

During the August 31 conference, the parties informed the Court that they wished to proceed to trial during the first quarter of 2022. The Court accordingly requested a jury trial for that quarter. The Clerk's Office has notified the Court that this case has been scheduled as the back-up case for **February 14, 2022**. In other words, this case will proceed on that day if the primary case does not go forward. The case must therefore be trial ready for that date. As soon as the Court confirms whether the matter will proceed on February 14, 2022, it will inform the parties. If this case cannot proceed on February 14, 2022, the Court will seek another jury trial date as soon as possible thereafter.

Within one week of this Order, the parties should file a joint letter informing the Court of whether they wish to remain on the "back up" list for February 14, 2022. If not, the parties should propose trial dates starting in the second quarter of 2022.

Dated:      October 15, 2021
               New York, New York        SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**