# The Law Office of Jon A. Stockman

32 Broadway, Suite 1710
New York, NY 10004
www.yournycattorney.com
Telephone: (516) 547-6418
Fax: (212) 693-2167
Email: jstockman@yournycattorney.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2021

November 8, 2021

**Via ECF**
Hon. Barbara Moses
United States District Court
500 Pearl St., Courtroom 20A
New York, NY 10007-1312

**MEMO ENDORSED**

Re: <u>Angelo Lopes v. JLM Decorating NYC Inc et al.</u>, 20-cv-00314-BCM

Your Honor:

I represent Plaintiff in the above referenced matter. I write this joint letter with the consent of Defendants' counsel to respectfully request a one (1) week extension of the parties' deadline to submit their Joint Pre-Trial Order from November 15, 2021 to November 22, 2021.

This is the parties' second request for an extension of the deadline to submit their Joint Pre-Trial Order. The Court granted the parties' prior request.

There was hope that the parties might have reached a resolution at the mediation session that was scheduled for November 1, 2021. If the parties had reached a resolution, it would not have been necessary to prepare the Joint Pre-Trial Order. Unfortunately, the mediation session did not go forward, and it has become clear there will be no settlement at this time.

Respectfully submitted,

/S/Jon A. Stockman, Esq.

Application GRANTED. No further extensions will be granted absent compelling circumstances. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
November 8, 2021

cc: Brett W. Joseph, Esq.