```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANGELO LOPES,

        Plaintiff,

-against-

JLM DECORATING NYC INC, et al.,

        Defendants.

20-CV-314 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021

**BARBARA MOSES, United States Magistrate Judge.**

As discussed on the record during the telephonic pretrial conference held today, this action is scheduled to commence on **May 2, 2022**, as the "backup" case that day, meaning that it will proceed if the primacy case does not go forward. If the Court is able to confirm whether this action will or will not proceed on that date, it will promptly inform the parties. Barring further information, parties and counsel must be ready for trial on May 2, 2021.

It is hereby ORDERED as follows:

1. Motions *in limine* shall be filed no later than **March 31, 2022**. Opposition briefs shall be filed no later than **April 14, 2022**. There will be no reply briefs.

2. Proposed *voir dire* questions, requests to charge, and verdict sheet shall be filed no later than **April 21, 2022**.

3. The Court will hold a final pretrial conference on **April 28, 2022 at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
      December 21, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**