UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELO LOPES,

                Plaintiff,

-v-

JLM DECORATING NYC INC, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 314 (BCM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties have advised the Court that they have reached a settlement in principle. Accordingly, the settlement conference scheduled for today, March 25, 2022, at 2:30 pm is CANCELLED.

Dated:      New York, New York
             March 25, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**