UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

ANGELO LOPES,           Index No. 1:20-cv-00314-BCM

**STIPULATION OF DISMISSAL**

Plaintiff,

-against-

JLM DECORATING NYC INC, COSMOPOLITAN
INTERIOR NY CORPORATION, JLM DECORATING, INC.,
CITY VIEW BLINDS OF N.Y. INC.,
MOSHE GOLD, JOEL GOLD a/k/a SAM GOLD a/k/a
SHIMMY GOLD, and MARITZA RODRIGUEZ a/k/a MARITZA SIME

Defendants.
-----------------------------------------------------------

IT IS HEREBY STIPULATED that this action, including all asserted claims and counterclaims, has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: ~~April~~ May 27, 2022

_____       _____
Jon A. Stockman, Esq.                         Joseph Labuda, Esq.
The Law Office of Jon A. Stockman       Milman Labuda Law Group PLLC
Attorneys for Plaintiff                      Attorneys for Defendants
32 Broadway, Suite 1710              3000 Marcus Avenue, Suite 3W8
New York, NY 10004                 Lake Success, NY 11042

SO ORDERED:


_____
Honorable Barbara C. Moses, U.S.M.J.